CORRECTED ORDER

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13911

_____

TENOR CAPITAL PARTNERS, LLC,

　　　　　　　　　　　　　　　Plaintiff-Counter Claimant-Appellee,

*versus*

GUNBROKER.COM, LLC,

　　　　　　　　　　　　　　　Defendant-Counter Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

2                  Order of the Court                  22-13911

D.C. Docket No. 1:20-cv-00613-TWT

_____

ORDER:

    Appellant GunBroker.com, LLC's Motion to Certify Questions of State Law to the Supreme Court of Georgia is CARRIED WITH THE CASE.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION